# MACCO & STERN, LLP
Attorneys At Law
135 Pinelawn Road
Suite 120 South
Melville, New York 11747
www.maccosternlaw.com

Michael J. Macco                                            Telephone (631) 549-7900
Richard L. Stern                                            Facsimile (631) 549-7845
Peter Corey
Cooper J Macco

December 30, 2014

United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

To the Clerk of the Court:

      I am in receipt of a notice of deficient filing in the Chapter 11 case, Islandia Development Corp. (Case Number 8-14-75677-ast), sent from your office. I believe you are mistaken the following documents have already been filed with the court prior to the issuance of the notice.
- Corporate Disclosure Statement Pursuant to Federal Bankruptcy Rule 1073-3

The following has been filed since the deficiency notice has been sent:
- Corporate Resolution Pursuant to Local Bankruptcy Rule 1074-1(a)

      The aforementioned documents should be removed and an updated notice filed. If you have any questions or concerns, please don't hesitate to contact me at 631-549-7900 (ext. 302). I greatly appreciate your time and assistance with this matter. Thank you.

                                                              Very truly yours,

                                                              Michael J. Macco, Esq.

MJM/pb