UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

Medford Development Corp.

                Debtor.
------------------------------------------------------------x

Motor Parkway Enterprises Inc.

                Debtor.
------------------------------------------------------------x

Airport Development Corp.

                Debtor.
------------------------------------------------------------x

Wheeler Development LLC

                Debtor.
------------------------------------------------------------x

Smithtown Development Corp.

                Debtor.
------------------------------------------------------------x

Brentwood Development Corp.

                Debtor.
------------------------------------------------------------x

Holbrook Development Corp.

                Debtor.
------------------------------------------------------------x

Chapter 11

Case No.: 8-14-75666-ast

Chapter 11

Case No.: 8-14-75667-ast

Chapter 11

Case No.: 8-14-75683-ast

Chapter 11

Case No.: 8-14-75668-ast

Chapter 11

Case No.: 8-14-75669-ast

Chapter 11

Case No.: 8-14-75670-ast

Chapter 11

Case No.: 8-14-75671-ast

|  |  |
|---|---|
| ----------------------------------------------------------x | |
| Carman Development Corp. | Chapter 11 |
| | Case No.: 8-14-75672-ast |
| Debtor. | |
| ----------------------------------------------------------x | |
| Maple Avenue Hauppauge Dev. Corp. | Chapter 11 |
| | Case No.: 8-14-75674-ast |
| Debtor. | |
| ----------------------------------------------------------x | |
| Port Jefferson Development Corp. | Chapter 11 |
| | Case No.: 8-14-75675-ast |
| Debtor. | |
| ----------------------------------------------------------x | |
| Ronkonkoma Development Corp. | Chapter 11 |
| | Case No.: 8-14-75676-ast |
| Debtor. | |
| ----------------------------------------------------------x | |
| Islandia Development Corp. | Chapter 11 |
| | Case No.: 8-14-75677-ast |
| Debtor. | |
| ----------------------------------------------------------x | |
| Oceanside Enterprises Inc. | Chapter 11 |
| | Case No.: 8-14-75678-ast |
| Debtor. | |
| ----------------------------------------------------------x | |
| Islip Development Corp. | Chapter 11 |
| | Case No.: 8-14-75679-ast |
| Debtor. | |
| ----------------------------------------------------------x | |
| Westbury Enterprises Inc. | Chapter 11 |
| | Case No.: 8-14-75680-ast |
| Debtor. | |
| ----------------------------------------------------------x | |

## ORDER DIRECTING JOINT ADMINISTRATION AND
## PROCEDURAL CONSOLIDATION OF CASES

UPON consideration of the motion (the "Motion") of Medford Development Corp., debtors and debotor-in-possession ("Medford") the related debtors (collectively, the "Debtors"), by their proposed attorneys, Macco & Stern, LLP, seeking entry of an Order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") providing for joint administration of Debtors' separate Chapter 11 cases for procedural purposes only; and it appearing that this Court has jurisdiction over this Motion; and it appearing that joint administration and procedural consolidation of these cases will be in the best interests of the Debtors' creditors and estates, and will further economic and efficient administration of these related cases; and it appearing that notice of the Motion was adequate and proper under the circumstances of these cases; and it appearing that no other or further notice of the Motion need be provided; and upon the Motion and the proceedings before the Court, and upon due deliberation; and good and sufficient cases having been shown; it is hereby:

**ORDERED,** that the Motion is granted; and it is further

**ORDERED,** that for the reasons set forth in the Motion, the above captioned cases shall be procedurally consolidated and jointly administered by this Court; and it is further

**ORDERED,** that the bankruptcy estate of Medford Development Corp., Case No. 14-75666-ast, shall be designated as the lead case; and it is further

**ORDERED,** that the caption of the jointly administered Chapter 11 cases shall be as follows:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                                  Chapter 11

| Debtor | Case No. |
|---|---|
| Medford Development Corp. | Case No.: 8-14-75666-ast |
| Motor Parkway Enterprises Inc. | Case No.: 8-14-75667-ast |
| Airport Development Corp. | Case No.: 8-14-75683-ast |
| Wheeler Development LLC | Case No.: 8-14-75668-ast |
| Smithtown Development Corp. | Case No.: 8-14-75669-ast |
| Brentwood Development Corp. | Case No.: 8-14-75670-ast |
| Holbrook Development Corp. | Case No.: 8-14-75671-ast |
| Carman Development Corp. | Case No.: 8-14-75672-ast |
| Maple Avenue Hauppauge Dev. Corp. | Case No.: 8-14-75674-ast |
| Port Jefferson Development Corp. | Case No.: 8-14-75675-ast |
| Ronkonkoma Development Corp. | Case No.: 8-14-75676-ast |
| Islandia Development Corp. | Case No.: 8-14-75677-ast |
| Oceanside Enterprises Inc. | Case No.: 8-14-75678-ast |
| Islip Development Corp. | Case No.: 8-14-75679-ast |
| Westbury Enterprises Inc. | Case No.: 8-14-75680-ast |

                            Debtors.                         (Jointly Administered)
-----------------------------------------------------------x

**ORDERED,** that nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above captioned Chapter 11 cases; and it is further

**ORDERED,** that this Court shall retain jurisdiction over this Order to enforce its terms.